RUFUS DILLENBECK, Respondent, v. MICHAEL A. FITZGERALD, Appellant. CLARENCE T. DOLSON, Respondent, v. MICHAEL A. FITZGERALD, Appellant.— Appeal by defendant from judgments in the above actions entered in Albany county clerk's office upon verdicts in favor of the respective plaintiffs. Plaintiffs, by separate actions, sought to recover for additional services rendered as accountants for the defendant over and above services previously rendered under an express contract. In a settlement between the defendant and the plaintiff Dillenback each signed a written document which recited: " It is understood between the said Michael A. Fitzgerald and Rufus Dillenback that this release does not and is not intended to include payment of the said Dillenback or his associates for certain additional services claimed to have been rendered at the special instance and request of * * * plaintiff's attorneys * * * and that this release is entirely without prejudice to the rights of said Dillenback or his associates in respect to such claim." Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GEORGE R. LUNN, Appellant, v. ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, and on behalf of the STATE INSURANCE FUND, and Others, Defendants, and the NEW YORK CENTRAL RAILROAD COMPANY, Respondent. GEORGE R. LUNN, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent. ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on behalf of the STATE INSURANCE FUND, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeals from order and judgment dismissing complaint in first above-entitled action and order denying plaintiff's motion to consolidate all three actions. For further statement of facts see Lunn v. Andrews (152 Misc. 568). Orders and judgment unanimously affirmed with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.